FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 MAR 10 AM 10: 04
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TRACY PIKE,

    Plaintiff,

vs.

MARVIN GUIA; JEFFREY COUGHLIN;
RAYMOND HOLT; HARLEY LAPPIN;
NICK MAKRIDES, and FEDERAL
BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV207-039

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report, in which he recommended Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment be granted and that Plaintiff's Complaint be dismissed. Having conducted an independent review of the record, the undersigned adopts the Magistrate Judge's Report and Recommendation as the opinion of the Court.

Plaintiff's Objections are focused on the Magistrate Judge's recommendation that Plaintiff's claims against Defendant Harley Lappin, the Director of the Bureau of Prisons, be dismissed. Plaintiff sets forth no evidence indicating that he seeks to hold Defendant Lappin liable based on anything more than his supervisory position as the Director of the Bureau of Prisons. Additionally, the uncontroverted evidence before the Court is that Plaintiff refused the dental treatment offered to him by staff at the Jesup, Georgia, facility.

AO 72A
(Rev. 8/82)

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of the Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 10th day of March, 2008.

*Anthony A. Alaimo*
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA